G. David Rubin (SBN 181293)
Laurence J.W. Tooth (admitted PHV)
Dora C. Lee (admitted PHV)
LITCHFIELD CAVO LLP
2N. Lake Avenue, Suite 400
Pasadena, CA 91101-3003
Tel.:   626-683-1100
Fax:   626-683-1113
Email: rubin@litchfieldcavo.com
        tooth@litchfieldcavo.com
        leed@litchfieldcavo.com

Attorneys for Plaintiff
Garrison Property and Casualty Insurance Company
d/b/a The United States Automobile Association

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| GARRISON PROPERTY AND CASUALTY INSURANCE CO. d/b/a/ THE UNITED STATES AUTOMOBILE ASSOCIATION,<br>         Plaintiff,<br><br>   v.<br><br>STEVEN BIAKANJA, THE ESTATE OF LISA BIAKANJA, by the through its co-administrators, KENNETH M. MCINTIRE and JOAN MCINTIRE; KENNETH M. MCINTIRE, individually, and on behalf of all wrongful death beneficiaries of Lisa Biakanja, Deceased; JOAN MCINTIRE, individually, and on behalf of all wrongful death beneficiaries of Lisa Biakanja, Deceased,<br><br>         Defendants. | **Case No**. 5:23-cv-05612-NC<br><br>**Judge:** Judge Nathanael M. Cousins<br><br>**STIPULATION TO DISMISS STEVEN BIAKANJA** |

**STIPULATION TO DISMISS STEVEN BIAKANJA**

-1-

**STIPULATION TO DISMISS STEVEN BIAKANJA**

Plaintiff Garrison Property and Casualty Insurance Co. d/b/a The United States Automobile Association ("USAA") and Defendant Steven Biakanja hereby stipulate and agree as follows:

1. USAA initiated this declaratory judgment lawsuit to determine its coverage obligations for insurance claims made by the Estate of Lisa Biakanja ("the Estate") for coverage under policy no. 027490095R71010, effective from March 1, 2022 through September 1, 2022 (the "Auto Policy"), which USAA issued to Lisa Biakanja.

2. USAA seeks no affirmative relief from Steven Biakanja in this lawsuit and named Steven Biakanja only as a necessary party.

3. Steven Biakanja takes no position concerning the insurance coverage issues raised by USAA in this lawsuit.

4. In order to avoid the costs of litigating where no relief is sought against Steven Biakanja, Steven Biakanja agrees to the following:

   a. To be bound by any judgment or settlement in this lawsuit;

   b. Not to assert, directly or indirectly, that the Auto Policy provides coverage to the Estate, unless that assertion is consistent with a final Court ruling in this lawsuit or a settlement between the Estate and USAA; and

   c. Not to challenge (i) any determination made by the Court in this lawsuit regarding insurance coverage under the Auto Policy or (ii) any settlement of this lawsuit.

5. In consideration of the above, USAA agrees to dismiss Steven Biakanja from

this lawsuit without prejudice, with each party to bear their own costs for this action.

6. USAA and Steven Biakanja agree that this Stipulation to Dismiss shall be binding on their affiliated companies, subsidiaries, parents, stockholders, principals, agents, predecessors, and assigns.

7. Any attorney signing below represents that he has authority to do so on behalf of the entities for which he has signed this Stipulation.

**AGREED:**

**STEVEN BIAKANJA**

By: _____       Date: January 3, 2024
    Donald J. Magilligan

**THE GARRISON PROPERTY AND CASUALTY INSURANCE CO. d/b/a THE UNITED STATES AUTOMOBILE ASSOCIATION**

By: _____/s/ Laurence J.W. Tooth_____       Date: Jan. 3, 2024

Title: _____Attorney for Plaintiff_____

**STIPULATION TO DISMISS STEVEN BIAKANJA**

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2024, I electronically filed the foregoing STIPULATION TO DISMISS STEVEN BIAKANJA with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

By:   /s/ *Laurence. J.W. Tooth*